No. 14,210.

COUNTY COURT IN AND FOR THE COUNTY OF CONEJOS v. PEOPLE EX REL. BOOTH.
(72 P. [2d] 1118)

Decided October 18, 1937.

Judgment affirmed en banc on application for supersedeas without written opinion. Mr. Justice Young not participating.

---

Mr. ALBERT L. MOSES, Mr. RALPH L. CARR, Mr. JEAN S. BREITENSTEIN, for plaintiff in error.

Mr. MERLE M. MARSHALL, for defendants in error.